1   Hon. Richard A. Jones

2

3

4

5                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE

7   UNITED STATES OF AMERICA,

                        Plaintiff,            No. CR15-53RAJ
8

9          v.                                 ORDER

10  ARTHUR WILCHER,

                        Defendant.
11

12

13      THIS MATTER comes before the court on Defendant's Motion to Modify

14  Supervision Conditions (Dkt. #344).  The court has reviewed Defendant's motion,

    the Government's response in which the Government takes no position, and the files
15
    and pleadings herein, and being fully advised,
16
        IT IS ORDERED that Defendant's Motion to Modify Supervision Conditions
17
    (Dkt. #344) is GRANTED IN PART.  The conditions of Defendant's supervised
18
    release are modified as follows:  Defendant's curfew is extended from 9:00 p.m. to
19
    11:30 p.m. from May 25, 2018 through May 28, 2018.  Defendant is directed to
20
    report to United States Probation no later than 10:00 a.m. on Tuesday, May 29,
21
    2018, to provide a urinalysis sample.
22
        DATED this 25th day of May, 2018.
23

24

25                                     The Honorable Richard A. Jones
                                       United States District Judge
26

ORDER - 1